Martin D. Chase, Respondent, *v.* Warsaw Water Works Company, Appellant.

(Submitted December 15, 1890; decided January 13, 1891.)

Appeal from order of the General Term of the Supreme Court in the fifth judicial department, made June 11, 1890,

Sickels—Vol. LXXX. 90

which affirmed an order of Special Term denying a motion to vacate an order directing defendant's treasurer and one of its directors to appear before a referee for examination, and to produce for examination and inspection defendant's books.

*M. E. & E. M. Bartlett* for appellant.

*James Wood* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed. ———————